**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

TERRANCE MATHIS                                                                                            PLAINTIFF

v.                                        No. 3:11CV00077 JLH-JTK

MISSISSIPPI COUNTY DETENTION
CENTER, *et al*.                                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 8th day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE